IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| ERICK B. DAVIS, *et al.*, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | CASE NO.: 7:21-cv-00014 (WLS) |
| | : | |
| FORD MOTOR COMPANY, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER

Before the Court is Plaintiffs' motion to dismiss Plaintiff Shanekia Marsh's claims without prejudice as she no longer wishes to be in this case. (Doc. 29.) Plaintiff Erick Davis will remain in this case. Defendant Ford Motor Company has responded that it does not oppose the motion but that if Marsh refiles, Defendant will move to stay the case until the costs incurred in this action as to her claims have been paid. (Doc 30.)

The Court does not address the issue of costs raised by Defendant as no motion has been filed in that regard. However, because the motion is unopposed and pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiffs' Motion to Dismiss (Doc. 29) is **GRANTED**. Plaintiff Shanekia Marsh and her claims are **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED**, this 4th day of August 2021.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**