IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| ERICK B. DAVIS, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO.: 7:21-cv-00014 (WLS) |
| | : | |
| FORD MOTOR COMPANY, | : | |
| | : | |
| Defendant. | : | |
| | : | |

**NOTIFICATION OF POST-ANSWER MOTION TO DISMISS**

On March 7, 2022, Defendant Ford Motor Company filed a Motion to Dismiss for plaintiff's failure to prosecute, pursuant to Rule 41(b). (Doc. 49). In an effort to afford Plaintiff, who is proceeding *pro se*, adequate notice and time to respond to Defendant's Motion, the following notice is given. *See Griffith v. Wainwright*, 772 F.2d 822 (11th Cir. 1985) (per curiam).

When considering a motion to dismiss, the Court must accept as true all facts set forth in the plaintiff's complaint. *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 556 (2007); *Wilchombe v. TeeVee Toons, Inc.*, 555 F.3d 949, 959 (11th Cir. 2009). Although the complaint must contain factual allegations that "raise a reasonable expectation that discovery will reveal evidence of" the plaintiff's claims, *Twombly*, 550 U.S. at 556, Rule 41 of the Federal Rules of Civil Procedure provides that "[i]f the plaintiff fails to prosecute or to comply with [the Federal Rules of Civil Procedure] or a court order, a defendant may move to dismiss the action or any claim against it. Unless the dismissal order states otherwise, a dismissal under this subdivision . . . operates as an adjudication on the merits." FED. R. CIV. P. 41(b).

Under the procedures and policies of this Court, motions to dismiss are normally decided on briefs. Plaintiff may submit his argument to this Court by filing a brief in opposition to Defendant's Motion to Dismiss. Unless the Court has granted prior permission, any brief should not exceed 20 pages. M. D. GA. L.R. 7.4.

1

**FAILURE OF PLAINTIFF TO RESPOND TO AND REBUT THE LEGAL ARGUMENTS SET FORTH IN DEFENDANTS' BRIEF MAY RESULT IN DEFENDANT'S STATEMENTS BEING ACCEPTED AS UNCONTESTED AND CORRECT.**

The Court could grant judgment, and there would be no trial or further proceedings as to the Defendant. Accordingly, Plaintiff is **NOTIFIED** of his right to submit a response brief. If Plaintiff fails to file a brief in opposition to the Motion to Dismiss, a final judgment may be rendered against him if otherwise appropriate under law. Any affidavits and/or other documents must be filed **WITHIN 21 DAYS** of this Order. FED. R. CIV. P. 15(a)(1)(B); M.D. GA. L.R. 7.2.

Additionally, Plaintiff is **ORDERED AND DIRECTED** to file any desired response to said **MOTION TO DISMISS WITHIN TWENTY-ONE (21) DAYS OF THE DATE OF THIS ORDER**. Thereafter, the Court will consider Defendants' Motion to Dismiss and any opposition to the same filed by Plaintiff and issue its ruling.

**SO ORDERED**, this 9th day of March 2022.

                              **/s/ W. Louis Sands**
                              **W. LOUIS SANDS, SR. JUDGE**
                              **UNITED STATES DISTRICT COURT**