IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

ERICK B. DAVIS,                                    *

                  Plaintiff,          *

v.                                                 *   Case No.   7:21-CV-14(WLS)

                              *

FORD MOTOR COMPANY,                                 *

                  Defendant.          *
_____            *

## J U D G M E N T

Pursuant to this Court's Order dated July 14, 2022, and for the reasons stated therein,

JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 14th day of July, 2022.

                        David W. Bunt, Clerk

                        s/ Robin L. Walsh, Deputy Clerk